1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL                                    **JS-6**
   Chief, Criminal Division
3  STEVEN R. WELK
   Assistant United States Attorney
4  Chief, Asset Forfeiture Section
   LISABETH SHINER
5  Special Assistant United States Attorney
   Asset Forfeiture Section
6  California Bar No. 151792
       Federal Courthouse, 14th Floor
7      312 North Spring Street
       Los Angeles, California 90012
8      Telephone:  (213) 894-6528
       Facsimile:  (213) 894-7177
9      Lisabeth.Shiner@usdoj.gov

10 Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CV 07-8083 AHM (AGRx) |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| ONE 2007 MERCEDES BENZ CLS AUTOMOBILE, AND ONE 2004 BMW 525i AUTOMOBILE, | |
| Defendants. | |
| KEVIN REISS, | |
| Claimant. | |

1      This action was filed on December 12, 2007.  Notice was
2 given and published in accordance with law.  Kevin Reiss
3 ("claimant") filed a claim on March 10, 2008 and an answer on
4 March 28, 2008.  No other claims have been filed, and the time
5 for all other potential claimants to file claims and answers has
6 expired.  Plaintiff and claimant have reached an agreement that
7 is dispositive of the action.  The parties hereby request that
8 the Court enter this Consent Judgment of Forfeiture.
9      **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
10     1.   This court has jurisdiction over the parties and the
11 subject matter of this action.
12     2.   Notice of this action has been given in accordance with
13 law.
14     3.   The United States of America shall have judgment as to
15 the defendant One 2004 BMW 525i Automobile, VIN number
16 WBANA53524B175915, and no other person or entity shall have any
17 right, title or interest therein.  The United States Marshals
18 Service is ordered to dispose of said asset in accordance with
19 law.
20     4.   The defendant One 2007 Mercedes Benz CLS Automobile,
21 VIN number WDDDJ77X67A099671 (the "defendant Mercedes"), shall be
22 returned to claimant, provided that he first reimburse the U.S.
23 Marshals Service for costs in the amount of $780.27 relating to
24 storage.  Claimant is not responsible for any vehicle fees or
25 costs (including storage fees) beyond the $780.27.  If claimant
26 does not pay said costs of storage within 90 days of the entry of
27 this judgment, the defendant Mercedes shall be forfeited to the
28 United States, and no other person or entity shall have any

right, title or interest therein.

5. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: _11/6/08_____

_____
THE HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel and claimant appear on the next page.]**

3

```
 1  Approved as to form and content:

 2
    DATED: November 3, 2008    THOMAS P. O'BRIEN
 3                             United States Attorney
                               CHRISTINE C. EWELL
 4                             Assistant United States Attorney
                               Chief, Criminal Division
 5                             STEVEN R. WELK
                               Assistant United States Attorney
 6                             Chief, Asset Forfeiture Section

 7                                   /s/
                               _____
 8                             LISABETH SHINER
                               Special Assistant United States Attorney
 9
                               Attorneys for Plaintiff
10                             United States of America

11

12  DATED: November 3, 2008
                                         /s/
13
                               _____
14                             JANET SHERMAN

15                             Attorney for Claimant
                               KEVIN REISS
16
```